UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

GLORIA STEPHENS, Individually and as
Administratrix of the Estate of Riley Wilson
Stephens,                                                                                              Plaintiff,

v.                                                                      Civil Action No. 3:23-cv-144-DJH-CHL

LOUISVILLE METRO GOVERNMENT
et al.,                                                                                                Defendants.

\* \* \* \* \*

## ORDER

Defendant Craig Greenberg moves to dismiss the individual and official-capacity claims against him under Rule 12(b)(6).  (Docket No. 5)  Plaintiff Gloria Stephens agrees that dismissal is appropriate.  (D.N. 6)  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that Greenberg's motion to dismiss (D.N. 5) is **GRANTED**.  Stephens's claims against Greenberg are **DISMISSED** with prejudice.  The Clerk of Court is **DIRECTED** to terminate Craig Greenberg as a defendant in the record of this matter.

This Order does not affect Stephens's claims against any other defendant.

March 12, 2024

David J. Hale, Judge
United States District Court

1