UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| GORIA STEPHENS<br>Individually and as Administratrix<br>of the ESTATE OF<br>RILEY WILSON STEPHENS<br><br>Plaintiff<br><br>v.<br><br>LOUISVILLE/JEFFERSON COUNTY<br>METRO GOVERNMENT, *et al.*<br><br>    Defendants | Case No. 3:23-cv-00144-DJH-CHL |

## AGREED ORDER DISMISSING AS SETTLED

The parties, having agreed to entry of the following order, and the Court having been sufficiently advised,

**IT IS ORDERED** that this case be, and hereby is, **DISMISSED WITH PREJUDICE AS SETTLED.**

This is a final order, and there is no just cause for delay.

    Agreed to:

    /s/ *Susan K. Rivera*
    SUSAN K. RIVERA
    Assistant Jefferson County Attorney
    200 S. Fifth Street, Suite 300N
    Louisville, Kentucky 40202
    Phone (502) 574-3076
    Fax (502) 574-4215
    Susan.rivera@louisvilleky.gov

*/s/ Bryan K. Sergent (with permission)*
BRYAN K. SERGENT
MADDEN SERGENT, PLLC
ATTORNEYS AT LAW
116 LAWYER STREET, SUITE 1
MANCHESTER, KENTUCKY 40962
(606) 598-6124
(606) 598-6129 Fax
Email: bryan@maddensergent.com
*COUNSEL FOR PLAINTIFF*