UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

GLORIA STEPHENS, Individually and as Administratrix of the Estate of Riley Wilson Stephens,

Plaintiff,

v.

Civil Action No. 3:23-cv-144-DJH-CHL

LOUISVILLE METRO GOVERNMENT et al.,

Defendants.

\* \* \* \* \*

## ORDER

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared. (Docket No. 16) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), is now **CLOSED** and **STRICKEN** from the Court's active docket.

November 14, 2024

David J. Hale, Judge
United States District Court